JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELENTLESS, LLC., ETC., ET AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> BASIN MARINE, INC., ETC. ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. SACV10-1237 DOC(VBKx) <br> SACV 10-1794 DOC(VBKx) <br><br> ORDER DISMISSING CIVIL ACTION |

    The Court having been advised on September 8, 2011 by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED:  September 15, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge